[No. 6713-7-II.   Division Two.   April 23, 1985.]

ELIZABETH M. VAUX, *Appellant,* v. JOSEPH S. STANSBERRY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-2-00635-7, Robert J. Bryan, J., entered November 2, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 14253-4-I.   Division One.   April 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW JOHN REDFERN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00341-0, Robert C. Bibb, J., entered January 13, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold and Grosse, JJ.

[No. 13532-5-I.   Division One.   April 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFTON DEWITT WEBB, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-1-00174-1, Jack S. Kurtz, J., entered July 15, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, C.J., and Williams, J.

[No. 14306-9-I.   Division One.   April 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK D. MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00081-0, John E. Rutter, Jr., J., entered January 6 and 13, 1984. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Swanson and Coleman, JJ.